|  | FOR COURT USE ONLY |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br><br>Celene Walker Favila<br>Jorge Albert Favila | CASE NO.: 8:23-bk-10253-TA<br>CHAPTER: 13 |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):    Celene Walker Favila & Jorge Albert Favila
   Mailing Address:    4125 San Joaquin Plaza
   City, State, Zip Code: Newport Beach, CA 92660

3. **New Address:**
   Mailing Address:    5110 Whitman Way, #206
   City, State, Zip Code: Carlsbad, CA 92008

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date:_____        Celene Walker Favila
                            Requestor's printed name(s)

                            _____
                            Requestor's signature(s)

                            _____
                            Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                          F 1002-1.3.CHANGE.ADDRESS